# IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION DAYTON

| | | |
|---|---|---|
| **COURTHOUSE NEWS SERVICE** | : | CASE NO.: 3:23-cv-00329 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **MIKE FOLEY** | : | **WITH PREJUDICE** |
| **CLERK OF THE MONTGOMERY** | : | |
| **COUNTY COURT OF COMMON** | : | |
| **PLEAS** | : | |
| Defendant. | : | |

It is hereby stipulated and agreed by the undersigned attorneys for the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

Respectfully submitted,

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY


By: /s/ Nathaniel S. Peterson
Nathaniel S. Peterson, #0095312
Ward C. Barrentine, #0074366
Assistant Prosecuting Attorney
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-3499
Fax Number: (937) 225-4822
E-mail: petersonn@mcohio.org
          Barrentinw@mcohio.org
Attorney for Defendant, Montgomery
County Clerk of Courts Mike Foley

By: /s/ John C. Greiner
John Charles Greiner
Darren William Ford
FARUKI PLL
201 East Fifth St. Suit 1420
Cincinnati, Ohio 45202
Telephone: (513) 632-0315
Email: jgreiner@ficlaw.com
          dford@ficlaw.com

Attorney for Plaintiff, Courthouse
News Service

**CERTIFICATE OF SERVICE**

      I certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

By: /s/ Nathaniel S. Peterson<br>
Nathaniel S. Peterson (0095312)<br>
Assistant Prosecuting Attorney